UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 1:25-cv-22270-EA

**Benjamin J. Cousins, M.D., P.A.,**

    Plaintiff,

v.

**Blue Cross and Blue Shield of Florida, Inc.,
Et al.,**

    Defendants.
_____/

## ORDER AFFIRMING REPORT AND RECOMMENDATION

This cause comes before the Court on Magistrate Judge Lauren Fleischer Louis's report and recommendation [ECF No. 22] that the plaintiff's motion to remand to state court [ECF No. 8] be granted. Having carefully reviewed the record and the defendants' objections to the report and recommendation [ECF No. 23], the Court concludes that the causes of action in the third amended complaint are not completely preempted so as to provide the Court with federal question jurisdiction. *See Baptist Hosp. of Mia., Inc. v. Pure Beauty Farms Med. Plan*, No. 1:25-cv-22473-EA, 2025 U.S. Dist. LEXIS 271370, (S.D. Fla. Dec. 3, 2025).

Therefore, it is **ORDERED AND ADJUDGED**:

1. The report and recommendation [ECF No. 22] is **AFFIRMED**.

2. The plaintiff's motion to remand is **GRANTED** [ECF No. 8].

3. The Clerk of the Court is instructed to **REMAND** the case to the **Eleventh Judicial Circuit, in and for Miami-Dade County, Florida**.

4. This **CASE IS CLOSED**.

**ORDERED** in Chambers in West Palm Beach, Florida, this 18th day of February 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Lauren Juliette Luck**
Lauren Luck PA
175 SW 7th Street
Suite 2020
Miami, FL 33130
Email: paralegal@laurenluck.com

**Jody Stafford Fernandez**
DLA Piper LLP (US)
200 S Biscayne Blvd
Suite 2500
Miami, FL 33131
(305) 702-8890
Fax: (305) 675-5890
Email: jody.stafford@us.dlapiper.com

**Ardith M. Bronson**
DLA Piper LLP (US)
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131
305-423-8562
Fax: 305-503-9583
Email: ardith.bronson@dlapiper.com